SIMPSON *v.* THE STATE.

SIMMONS, C. J.    No error of law was complained of, and the evidence author-
ized the verdict.            *Judgment affirmed.    All the Justices concur.*

Argued December 21, 1903. — Decided January 12, 1904.

Accusation of larceny from the house.    Before Judge Burn-
side.    City court of Hamilton.    October 22, 1903.

*H. C. Cameron* and *B. H. Walton*, for plaintiff in error.
*R. A. Russell, solicitor*, contra.